STANDING [CH]APTER 13 TRUSTEE ALEJANDRO O[LI]VERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

1/3

**In re:**

JORGE LUIS SANTOS ROSADO
LUZ DAMARIS MOLINA CORDERO

Case No. 08-05111-GAC

Chapter 13   Attorney Name: RAMON F LOPEZ*

### I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [✓] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: September 09, 2008
Time: 3:18   Track: 007
[ ] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: TBD

Creditors
Davila - Treasury
Colon - BPPR

### II. Oath Administered
[✓] Yes   [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 04-07 [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[✓] Insufficiently funded
[ ] Unfair discrimination
[✓] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing   [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

1 out of 3

## STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

JORGE LUIS SANTOS ROSADO  
LUZ DAMARIS MOLINA CORDERO    Chapter 13

Case No. 08-05111-GAC  
Attorney Name: RAMON F LOPEZ*

---

**VI. Plan** (Cont.)

Date: <u>August, 6, 2008</u>    Base $ <u>64,400.00</u>    [X] Filed    Evidence of Pmt shown: _____

Payments <u>0</u> made out of <u>1</u> due.    [ ] Not Filed

**VII. Confirmation Hearing Date:** October, 3, 2008

**VIII. Attorney's fees as per R. 2016(b)**

$3,000.00 - $ 1,276.00 = $ 1,724.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____  
[ ] Insurance estimate  
_____  
[ ] Assumption/Rejection executory contract  
_____  
[ ] Appraisal _____  
_____  
[ ] State tax returns years _____  
[ ] Federal tax returns years _____  
[ ] Correct SS # (Form B21)  
   [ ] Debtor [ ] Joint debtor  
[ ] Other: _____

[ ] Amended S.O.F.A. _____  
[ ] Amended plan  
[ ] Business Documents  
   [ ] Monthly reports for the months  
_____  
_____  
[ ] Public Liability Insurance  
   [ ] Premises _____  
   [ ] Vehicle(s) _____  
[ ] Licenses issued by:  
_____

---

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;  
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____  
[ ] Other: _____

---

**COMMENTS**

1) SOFA 4, social security claim for Mr. Santos June: 08
2) To provide copy of suit against Hermnos. Melendez, Amend plan to include proceeds in plan. Debtors informed their counsel resigned to legal representation; Amend plan to include proceeds of suit against — Orlando Guzman
   File special counsel application.

_____  
Trustee/Presiding Officer

Date: September 09, 2008  
(Rev.)

2 out of 3

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re: Jorge Luis Santos
Luz Damaris Molina

Case No. 08-05111

Chapter 13

| COMMENTS |
|---|
| 3) Amend Schedule B TOA claim CDOT-1385 filed for more than a million dollars. |
| 4) To provide evidence of new USDA mortgage & to amend J accordingly. |
| 5) |

Presiding Officer

3/3

09/09/08
Date