UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:  
JORGE LUIS SANTOS ROSADO  
LUZ DAMARIS MOLINA CORDERO

CASE NO. 08-05111-GAC

CHAPTER 13

Debtor(s)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **Tue, September 9, 2008**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $ _1,454,121.00_

3. With respect to the attached payment plan:

| [ ] ORIGINAL PLAN DATE: | [X] AMENDED PLAN DATE: Tue, May 19, 2009 |

**PLAN BASE: $64,400.00**

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: _6/9/09_

[ ] FAVORABLE  [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC SEC 1325(a)(6) _2 months in arrears_

2. [X] INSUFFICIENT FUNDED SEC 1325(b) _to pay 100 + 6%_

3. [ ] UNFAIR DISCRIMINATION SEC 1322(b) _____

4. [ ] FAILS LIQUIDATION VALUE TEST SEC 1325(a)(4) _____

5. [X] FAILS DISPOSABLE INCOME TEST SEC 1325(b) _objection is made to plan language limiting disposable income by sect. 1325 (b)(2)(A)_

6. [ ] NO PROVISION FOR A SECURED CREDITOR _____

7. [X] COMMENTS _pending application special counsel + Trustee's "Motion to Dismiss" (d.17)_

NOTICE: This report anticipates trustee's position as per 11USC SEC 1302(b)(2) and a copy of wich is made available at this office for any interested party.

Atty Fee: $3,000.00/$1,276.00/$1,724.00  
Atty: RAMON F LOPEZ*

ALEJANDRO OLIVERAS RIVERA, TRUSTEE  
PO BOX 9024062  
SAN JUAN, PR 00902-4062  
TEL. 787-977-3500 FAX. 787-977-3521